UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHNNY DELUIS MORELO,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>COLOMBIA CONSULATE, et al.,<br><br>　　　　　　　　　Defendants. | Case No. C15-1645-MJP<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, Plaintiff's Motion Requesting Investigation, (Dkt. No. 8), and the balance of the record, and Court finds and Orders as follows:

1. The Court adopts the Report and Recommendation.

2. Plaintiff's civil rights complaint and this action are DISMISSED with prejudice and without leave to amend, and Plaintiff's Motion Requesting Investigation, (Dkt. No. 8), is DENIED.

3. The Clerk shall send copies of this Order to Plaintiff and to Judge Tsuchida.

//

//

//

ORDER OF DISMISSAL - 1

1   DATED this 30th day of November, 2015.

2

3

4                                                     Marsha J. Pechman
                                                      United States District Judge
5